

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00451-CV

April Sound Property Owners' Association, Inc.
v.
Robert Pemberton d/b/a Pemberton Steel Frame Homes

On Appeal from the
457th District Court of Montgomery County, Texas
Trial Court Cause No. 21-11-15946

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 23, 2023